CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

SEP 29 2006

JOHN F. CORCORAN, CLERK
BY: /s/
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| SAMUEL ROBERT LESTER,<br><br>　　　　　　　　　　　*Plaintiff,*<br>v.<br><br>FRAMATOME, ANP, INC.,<br>EMPLOYEE RETIREMENT PLAN OF<br>FRAMATOME ANP, INC. AND PARTICIPATING<br>SUBSIDIARY AND AFFILIATED COMPANIES,<br><br>　　　　　　　　　　　*Defendants.* | CIVIL NO. 6:06cv00015<br><br><br>ORDER and OPINION<br><br><br><br>JUDGE NORMAN K. MOON |

Newly added Defendant "Employee Retirement Plan of Framatome ANP, Inc. and Participating Subsidiary and Affiliated Companies" ("Framatome Plan") was added to this action by order of the Court on September 29, 2006. Counsel for Defendant Framatome has indicated that he will also represent the Framatome Plan. Accordingly, he has agreed to accept service of process as of Monday, October 2, 2006. The Court will deemed him to have accepted service of process as of that date.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTERED: /s/ Norman K. Moon
United States District Judge

Sept. 29, 2006
Date